NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SANY HEAVY INDUSTRY CO., LTD., SANY AMERICA, INC.,**
*Appellants*

**v.**

**INTERNATIONAL TRADE COMMISSION,**
*Appellee*

**MANITOWOC CRANES, LLC,**
*Intervenor*

---

2015-1780

---

Appeal from the United States International Trade Commission in Investigation No. 337-TA-887.

---

**JUDGMENT**

---

RORY JEFFREY RADDING, Locke Lord LLP, New York, NY, argued for appellants. Also represented by BRYAN GUY HARRISON, Atlanta, GA; MICHAEL DAVID BEDNAREK, Washington, DC.

AMANDA PITCHER FISHEROW, Office of the General Counsel, United States International Trade Commission,

Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, DOMINIC L. BIANCHI.

DAVID G. WILLE, Baker Botts, LLP, Dallas, TX, argued for intervenor. Also represented by THOMAS ROONEY, L. GENE SPEARS, Houston, TX.

───────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 11, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |